Robert M
Levy/NYED/02/USCOURTS
05/13/2005 12:00 PM

To Jack Weinstein/NYED/02/USCOURTS@USCOURTS
cc June Lowe/NYED/02/USCOURTS@USCOURTS
bcc
Subject settlement of Porzungolo v. ZH NY Investors, 04 CV 1342

**This case just settled.**

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 2 0 2005 ★

BROOKLYN OFFICE

**Case Name:** Porzungolo v. Z.H. New York Investors, Co., Ltd. et al.
**Case Number:** 1:04-cv-1342
**Filer:**
**Document Number:**

**Docket Text:**
Minute Entry for proceedings held before Robert M. Levy: Raymond Nardo, plaintiff; Jack Glasser and Zion Halili (pres. of defendant). Settlement conference to resolve dispute concerning one element of settlement reached at mediation concerning wording of postive letter of reference. Dispute resolved. Settlement placed on record. Parties agree to all material terms and conditions of the settlement and so state on the record. Tape 60: 0-186. Settlement Conference held on 5/13/2005. (Levy, Robert)

*close the case 5/18/05*

s/JBW

*FxD JW 5/17/05*